**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00412-CV

**PINE CREEK MEDICAL CENTER, Appellant**

**V.**

**MARGARET HIGHTOWER, Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-06105-D**

## ORDER

We **REINSTATE** this appeal.

Before the Court is the parties' June 19, 2013 agreed motion to continue abatement of this accelerated appeal. The parties ask that the Court abate this appeal for 120 days while appellant attempts to settle with a defendant who is not a party to this appeal. The parties inform us that if appellant settles with that defendant, appellant and appellee will likely dismiss this appeal. We **DENY** the parties' June 19, 2013 agreed motion to continue abatement of this accelerated appeal. Appellee's brief is due on or before Monday, July 15, 2013.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE